THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ronnie L.
 Turney, Employee, Appellant,
 
 
 

v.

 
 
 
 Celadon
 Trucking Services of Indiana, Employer, and S.C. Uninsured Employers' Fund, Respondents.
 
 
 

Appeal From
 The Workers' Compensation Commission
 Appellate Panel

Unpublished Opinion No. 2012-UP-029
 Heard January 10, 2012  Filed January 25,
2012    

AFFIRMED

 
 
 
 David Vance Benson, of Rock Hill, for
 Appellant.
 Michael E. Chase and Carmelo B. Sammataro,
 both of Columbia, for Respondent Celadon Trucking Services of Indiana. 
 Timothy B. Killen, of Columbia, for Respondent S.C. Uninsured
 Employers' Fund.
 
 
 

PER CURIAM:  Ronnie Turney appeals a decision by the
 appellate panel of the workers' compensation commission to deny his benefits
 claim due to lack of subject matter jurisdiction.  Having carefully reviewed
 the record on appeal, we make findings of fact consistent with those of the
 appellate panel.  We therefore conclude Turney has not met his burden of proof
 on appeal.  See Hernandez-Zuniga
 v. Tickle, 374 S.C. 235, 244, 647
 S.E.2d 691, 696 (Ct. App. 2007) (stating that on appeal of a decision by the
 commission that it lacked jurisdiction, [t]he appellant bears the burden of
 showing that [the decision below] is against the preponderance of the evidence").
AFFIRMED.
FEW, C.J., and
 THOMAS and KONDUROS, JJ., concur.